Elizabeth E. Howard, OSB #01295
E-Mail: eeh@dunn-carney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324

Attorneys for Applicants Amicus-Intervenors

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N., OREGON NATURAL RESOURCES COUNCIL FUND, and NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>SHIRLEY GAMMON, Lakeview District Manager, BLM, THOMAS E. RASMUSSEN, Lakeview Resource Area Field Manager, BLM, ELAINE M. BRONG, State Director, Oregon/ Washington BLM, LYNN SCARLETT, Secretary (Acting), United States Department of the Interior, U.S. BUREAU OF LAND MANAGEMENT, and U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | No. CV-06-523-HO<br><br>SUPPLEMENTAL DECLARATION OF JESSE LAIRD ON BEHALF OF LAIRD RANCH, LLC |

I, Jesse Laird, declare as follows:

1. I make this declaration to supplement the information in my prior declaration and to clarify the impact of Plaintiffs' claims on ranches who hold grazing permits which are within the boundaries of one or more of Oregon Natural Desert Association's ("ONDA") proposed Wilderness Study Areas ("WSAs").

2. Laird Ranch grazes cattle on the Big Juniper, Orejana Canyon, North Bluejoint, and

Page 1     DECLARATION OF JESSE LAIRD
N409438

Warner Lakes/Turpin allotments within the Lakeview Bureau of Land Management ("BLM") District. These lands are all very important to Laird Ranch's overall grazing rotation plan.

3. The Poker Jim Ridge proposed WSA Addition to Orejana Canyon is included in ONDA's list of proposed WSAs. This area covers portions of three of the allotments where we graze our cattle, including the Warner Lakes/Turpin allotment, the North Bluejoint allotment, and the Orejana Canyon allotment.

4. The Poker Jim Ridge proposed WSA Addition includes numerous improvements. For example, there a number of waterholes in the proposed WSA that are maintained with cooperative agreements with the BLM for livestock and wildlife. There are also branding traps located at Balls Lake and Monument Reservoir within this proposed WSA.

5. Bluejoint Lake is mischaracterized in ONDA's wilderness inventory of the Poker Jim Ridge proposed WSA Addition. Bluejoint Lake is typically dry for a period of years and is filled with water for a period of years. In dry years it is covered with grass which is grazed by cattle. It is cross-fenced and has roads across it which are visible when the water recedes.

6. In the Warner Lakes allotment and the North Bluejoint allotment, there are wells and water troughs located within the proposed Poker Jim Rim WSA addition.

7. The Big Juniper proposed WSA is also included in ONDA's list of proposed WSAs. This proposed WSA largely overlaps the Big Juniper allotment used by Laird Ranch.

8. There are many waterholes in the Big Juniper proposed WSA that are maintained with cooperative agreements with the BLM for livestock and wildlife. There are also a number of reservoirs within the proposed WSA, including: Radio Springs reservoir, Badger Draw reservoir, West Badger Draw reservoir, Cross reservoir, and Cozy reservoir. Also located within the Big Juniper proposed WSA are corrals or branding traps at the following locations: Dent Draw waterhole (the Hub) (note that three fences and two roads converge here); Clark Cow Camp

Page 2    DECLARATION OF JESSE LAIRD
N408438

(there is an old house and branding trap here); Radio Springs (has a branding trap); and a location 1.5 miles north of Punch waterhole (there is a branding trap along the road).

9. Laird Ranch regularly uses a number of roads within the Big Juniper proposed WSA to distribute salt, check cattle, haul cattle, and maintain improvements. Laird Ranch has driven these roads with a F350 stock truck that loads up to five horses. Laird Ranch has also used many of these roads to haul branding equipment and panels on a 15-foot gooseneck trailer, to haul our cattle in a two-and-a-half ton truck, and to haul our cattle in a 45-foot semi-truck and trailer. We have also used these roads to haul heavy equipment to maintain water improvements. Clearly, given the size of the vehicles using the roads within this proposed WSA, the roads are passable.

10. Laird Ranch conducts extensive grazing activities within the allotments covered by ONDA's Big Juniper proposed WSA and by ONDA's Poker Jim Ridge proposed WSA addition. If Plaintiffs are successful on their claims and the BLM is required to protect the lands within ONDA's inventory as a proposed WSAs or as any other type of special management areas, Laird Ranch is very concerned that the end result will be in removal of livestock from these areas that are so important to the environmental and economic success of its ranching operations.

11. As noted in my previous declaration, the consequences of eliminating grazing from the public lands in these allotments could be quite significant, and could include a significant reduction in our herd size, the sale of a portion of our lands, and/or displacement of one or more of the families that are now supported by from Laird Ranch. All of these are very serious impacts and reasons why Laird Ranch opposes Plaintiffs' claims in the present litigation.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of February, 2007.

*Jesse C. Laird*

Jesse Laird

Page 3   DECLARATION OF JESSE LAIRD
N408438

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2007, I filed the foregoing **SUPPLEMENTAL DECLARATION OF JESSE LAIRD ON BEHALF OF LAIRD RANCH, LLC** (IN SUPPORT OF AMICUS CURIAE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT) the Court using the CM/ECF system which will send notification to the following attorney(s) at their registered e-mail address(es):

    Peter M. Lacy
    Kristin F. Ruether
    Stephen J. Odell

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

/s/ Elizabeth E. Howard
Elizabeth E. Howard, OSB No. 01295
Telephone: 503-224-6440
Attorneys for Applicants Amicus-Intervenors