IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON NATURAL DESERT                      Case No. 06-523-HO
ASSOCIATION, et al.,
                                           ORDER
            Plaintiffs,

        v.

SHIRLEY GAMMON, et al.,

            Defendants.


    Plaintiffs challenge the Records of Decision adopting the
Lakeview Resource Management Plan (RMP) and the Beaty Butte
Allotment Management Plan.  Plaintiffs allege violations of the
National Environmental Policy Act, the Federal Land Policy and
Management Act, the Public Rangeland Improvements Act, the Taylor
Grazing Act and the Administrative Procedure Act.  Applicants,
holders of grazing permits subject to the Lakeview RMP, filed a
motion to intervene as of right in the remedial phase of the
litigation, and to appear as amicus curiae in the liability

phase.  Plaintiffs do not oppose intervention in the remedial phase, and oppose applicants' appearance as amicus in the liability phase.  Defendants do not oppose applicants' motion. Plaintiffs filed a motion to strike applicants' proposed amicus brief and the supplemental declaration of Jesse Laird on behalf of applicant Laird Ranch.

Plaintiffs' motion to strike is denied.  Applicants' are permitted to appear as amicus in the liability phase, and to intervene in the remedial phase.  Applicants' brief demonstrates common defenses to plaintiffs' claims, and intervention will not delay any remedial proceedings.  See Kootenai Tribe of Idaho v. Venemen, 313 F.3d 1094, 1110-11 (9th Cir. 2002).  Further, applicants' brief demonstrates other cases of interest to applicants (brief at 4, n. 1), and the brief is helpful. Plaintiffs' may file an optional response to applicants' brief by March 26, 2007.  Regarding the supplemental Laird declaration, ///

///

///

///

2 - ORDER

the court will determine whether to admit extra-record evidence along with the merits.

<u>Conclusion</u>

Based on the foregoing, applicants' motion to intervene and appear as amicus curiae [#50] is granted to the extent provided herein; plaintiffs' motion to strike [#64] is denied.

IT IS SO ORDERED.

DATED this ___12th___ day of March, 2007.


                                     ___s/ Michael R. Hogan_____
                                     United States District Judge

3 - ORDER

4 - ORDER